1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Terry Jones

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  TERRY JONES,                          )   Case No.: 5:15-cv-01500-PLA
                                          )
12              Plaintiff,                )   ORDER AWARDING EQUAL
                                          )   ACCESS TO JUSTICE ACT
13       vs.                              )   ATTORNEY FEES AND EXPENSES
                                          )   PURSUANT TO 28 U.S.C. § 2412(d)
14  CAROLYN W. COLVIN, Acting             )   AND COSTS PURSUANT TO 28
    Commissioner of Social Security,      )   U.S.C. § 1920
                                          )
15              Defendant                 )
                                          )
16  _____ )

17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20       IT IS ORDERED that attorney fees and expenses in the amount of $3,514.00

21  as authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as

22  authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23  DATE:  August 5, 2016

24                              _____
                                THE HONORABLE PAUL L. ABRAMS
25                              UNITED STATES MAGISTRATE JUDGE

26

                                       -1-

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

3           /s/ *Lawrence D. Rohlfing*
    _____
4   Lawrence D. Rohlfing
    Attorney for plaintiff Terry Jones

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26